# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL GLEBIV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST GAMING & ENTERTAINMENT, LLC, d/b/a RIVERS CASINO DES PLAINES,<br><br>Defendant. | No. 1:23-cv-16225 |
| RAYMOND MASSUD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST GAMING & ENTERTAINMENT, LLC, d/b/a RIVERS CASINO DES PLAINES,<br><br>Defendant. | No. 1:23-cv-16359 |
| VICKI DALE and GENEVIEVE BOROWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDWEST GAMING & ENTERTAINMENT, LLC, d/b/a RIVERS CASINO DES PLAINES,<br><br>Defendant. | No. 1:23-cv-17134 |

**DEFENDANT'S UNOPPOSED MOTION TO REASSIGN RELATED CASES, CONSOLIDATE RELATED CASES, SET DEADLINE FOR FILING CONSOLIDATED COMPLAINT, AND SET BRIEFING SCHEDULE FOR <u>DEFENDANT'S ANTICIPATED MOTION TO DISMISS</u>**

Defendant Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines ("Midwest Gaming"), under Local Rule 40.4 of the Local Rules of the United States District Court for the Northern District of Illinois, and Federal Rule of Civil Procedure 42(a), hereby moves the Court for an order (1) to reassign *Massud v. Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines*, Case No. 1:23-cv-16359 (N.D. Ill.) (the "*Massud* Action"), pending before the Honorable Martha M. Pacold, and *Vicki Dale and Genevieve Borowski v. Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines*, Case No. 1:23-cv-17134 (N.D. Ill.) (the "*Dale* Action"), pending before the Honorable Sharon Johnson Coleman, to this Court; (2) consolidating these cases for all purposes, including trial, under Fed. R. Civ. P. 42(a); (3) setting a deadline for the filing of a consolidated complaint for 30 days from the entry of an order granting this motion; and (4) setting a briefing schedule for Defendant's anticipated Motion to Dismiss in the following manner: (i) Defendant's Motion to Dismiss to be filed 30 days after the filing of Plaintiffs' Consolidated Complaint; (ii) Plaintiff's Response in Opposition to the Motion to Dismiss to be filed 30 days after filing of Defendant's Motion to Dismiss; and (iii) Defendant's Reply in support of their Motion to Dismiss to be filed 21 days after Plaintiffs file their Response in Opposition. In support of this motion, Defendant states as follows:

1. Counsel for Midwest Gaming has conferred with plaintiffs' counsel for each of the above-captioned cases (the "Related Actions"), none of which oppose this Motion.

2. On November 27, 2023, *Michael Glebiv v. Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines*, Case No. 1:23-cv-16225 (N.D. Ill.) (the "*Glebiv* Action"), was filed in the Northern District of Illinois and was assigned to this Court. *See* Dkt. No. 1. The other actions were initiated on November 28, 2023 (*Dale* Action), and November 29, 2023 (*Massud* Action) (collectively, the "Related Actions"). The *Glebiv* Action, *Massud* Action, and *Dale* Action

involve the same issues of fact and law, stem from the same data breach, and are all class actions seeking to represent similar putative classes. Because the *Massud* Action and *Dale* Action are after-filed actions, and all cases are currently pending in the Northern District of Illinois, under Local Rule 40.4(a) and (b), Defendant requests that these cases be reassigned to this Court.

3. The Related Actions involve common questions of law and fact and are thus appropriate for consolidation under Fed. R. Civ. P. 42(a). The central premise of the Related Actions is that Defendant Midwest Gaming, who suffered a data breach at the hands of a criminal third-party, was allegedly negligent in protecting Plaintiffs' (and others similarly situated) personal identifying information ("PII"). The Related Actions assert similar claims on behalf of nationwide classes, and arise out of the same data breach that inflicted the same alleged injuries.

4. Consolidation of the Related Actions will be more efficient and convenient for the Court and the Parties, and will not unfairly prejudice any party.

5. Allowing for the filing of a consolidated complaint within 30 days of an order granting this motion, will further streamline this litigation.

6. Additionally, the Parties have conferred and agree, proactively, on a briefing schedule for Defendant's anticipated Motion to Dismiss as follows:

    a. Defendant's Motion to Dismiss to be filed 30 days after Plaintiffs file their Consolidated Complaint;

    b. Plaintiffs to file their Response in Opposition 30 days after Defendant files its Motion; and

    c. Defendant to file its Reply 21 days after Plaintiffs file their Response in Opposition.

For all the above reasons, Defendant Midwest Gaming respectfully requests that this Court (1) reassign the *Massud* Action and *Dale* Action to this Court, under Local Rule 40.4; (2) consolidate the Related Actions for all purposes, including trial, under Fed. R. Civ. P. 42(a);

(3) set a deadline for the filing of a consolidated amended complaint for 30 days from the entry of an order granting this motion, and (4) setting a briefing schedule for Defendant's anticipated Motion to Dismiss in the following manner: (i) Defendant's Motion to Dismiss to be filed 30 days after the filing of Plaintiffs' Consolidated Complaint; (ii) Plaintiff's Response in Opposition to the Motion to Dismiss to be filed 30 days after filing of Defendant's Motion to Dismiss; and (iii) Defendant's Reply in support of their Motion to Dismiss to be filed 21 days after Plaintiffs file their Response in Opposition.

Dated: January 12, 2024

Respectfully submitted,

MIDWEST GAMING & ENTERTAINMENT, LLC
D/B/A RIVERS CASINO DES PLAINES

By:    */s/ Matthew C. Wolfe*

Matthew C. Wolfe (#6307345)
Samuel G. Bernstein (#6343129)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
(312) 704-7700
mwolfe@shb.com
sbernstein@shb.com

*Attorneys for Defendant Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines*

4

### CERTIFICATE OF SERVICE

I, Matthew C. Wolfe, an attorney, hereby certify that on **January 12, 2024**, I caused a true and correct copy of **DEFENDANT'S UNOPPOSED MOTION TO REASSIGN RELATED CASES, CONSOLIDATE RELATED CASES, SET DEADLINE FOR FILING CONSOIDATED COMPLAINT, AND SET BRIEFING SCHEDULE FOR DEFENDANT'S ANTICIPATED MOTION TO DISMISS** to be electronically filed with the Court via the Court's ECF/CM system, which sends notification to all counsel of record. I have also served by electronic mail a copy of this filing to all counsel of record for the Related Actions.

/s/ Matthew C. Wolfe