UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Glebiv
           Plaintiff,
v.                 Case No.: 1:23−cv−16225
                 Honorable John Robert Blakey
Midwest Gaming & Entertainment LLC
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 18, 2024:

  MINUTE entry before the Honorable John Robert Blakey: The parties to this case and two other cases, Massud v. Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines, Case No. 1:23−cv−16359 (N.D. Ill.) (the "Massud Action"), pending before Judge Pacold, and Vicki Dale and Genevieve Borowski v. Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines, Case No. 1:23−cv−17134 (N.D. Ill.) (the "Dale Action"), pending before Judge Coleman, move to designate these actions as related and consolidate all three cases here for coordinated proceedings. See [10]. Local Rule 40.4 instructs that case are related if they involve the same property, involve some of the same issues, grow out of the same transaction or occurrence, or, in class actions suits, one or more of the classes are the same. These cases fit that bill: the underlying allegations and claims asserted in each of the actions are substantially similar, involve substantially similar issues of fact and law and common defendants, and are predicated upon the same or substantially similar transactions or occurrences. Reassignment is thus proper under the rule if: the cases are pending in this Court (they are); having a single judge handle the cases saves substantial judicial time and effort (it will); this case has not progressed to the point where reassignment will delay these proceedings (it has not); and the cases are susceptible to disposition in a single proceeding (the parties agree that they are). Therefore, this Court, with the consent of Judges Pacold and Coleman, grants the motion for reassignment [10] and hereby refers the Massud and Dale actions (Case Nos. 1:23−cv−16359 and 1:23−cv−17134) to the Executive Committee for reassignment under L.R. 40.4, so that the three cases may be consolidated here. Plaintiffs shall file a consolidated complaint by 2/29/24. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.