IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GLEBIV, RAYMOND MASSUD, VICKI DALE, GENEVIEVE BOROWSKI, and DONALD HESS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST GAMING & ENTERTAINMENT, LLC, d/b/a RIVERS CASINO DES PLAINES, <br><br> Defendant. | No. 1:23-cv-16225 <br><br> Honorable John R. Blakey <br><br><br> Class Action - Jury Trial Demanded |

**DEFENDANT MIDWEST GAMING & ENTERTAINMENT, LLC,
D/B/A RIVERS CASINO DES PLAINES' MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Midwest Gaming & Entertainment, LLC d/b/a Rivers Casino Des Plaines ("Midwest Gaming"), respectfully moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 20) for Plaintiffs' failure to state a claim upon which relief can be granted.

WHEREFORE, for the stated reasons above, and those included in its accompanying memorandum, Midwest Gaming respectfully requests that the Court grant its Motion to Dismiss the Consolidated Class Action Complaint.

Dated: March 29, 2024　　　　　　　Respectfully submitted,

MIDWEST GAMING & ENTERTAINMENT, LLC,
d/b/a RIVERS CASINO DES PLAINES

By:　*/s/　Matthew C. Wolfe*

Matthew C. Wolfe (#6307345)
Maveric Ray Searle (#6336731)
Samuel G. Bernstein (#6343129)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive, Suite 4700
Chicago, IL  60606
(312) 704-7700
mwolfe@shb.com
msearle@shb.com
sbernstein@shb.com

*Attorneys for Defendant*
*Midwest Gaming & Entertainment, LLC,*
*d/b/a Rivers Casino Des Plaines*

## CERTIFICATE OF SERVICE

I, Matthew C. Wolfe, an attorney, hereby certify that on **March 29, 2024**, I caused a true and correct copy of **DEFENDANT MIDWEST GAMING & ENTERTAINMENT, LLC, D/B/A RIVERS CASINO DES PLAINES' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** to be electronically filed with the Court via the Court's ECF/CM system, which will send notification to the following counsel of record.

| | |
|---|---|
| Ben Barnow<br>Anthony L. Parkhill<br>Riley W. Prince<br>Nicholas W. Blue<br>BARNOW AND ASSOCIATES, P.C.<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Tel:  312-621-2000<br>Fax:  312-641-5504<br>Email:  b.barnow@barnowlaw.com<br>           aparkhill@barnowlaw.com<br>           rprince@barnowlaw.com<br>           nblue@barnowlaw.com<br><br>*Attorneys for Plaintiffs Vicki Dale and Genevieve Borowski* | Gary M. Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel:  866-252-0878<br>Email: gklinger@milberg.com<br><br>*Attorney for Plaintiff Michael Glebiv* |
| Carl V. Malmstrom<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>111 W. Jackson Blvd., Suite 1700<br>Chicago, IL 60604<br>Tel:  312-984-0000<br>Fax:  312-686-0114<br>Email: malmstrom@whafh.com<br><br>*Attorney for Plaintiff Raymond Massud* | John D. Blythin<br>ADEMI LLP<br>3620 E. Layton Ave.<br>Cudahy, WI 53110<br>Tel: (414) 482-8000<br>Fax: (414) 482-8001<br>Email: jblythin@ademilaw.com<br><br>*Attorney for Plaintiff Donald Hess* |

　　　　　　　　　　　　　　　　　　　　/s/   Matthew C. Wolfe